

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Balvir Singh

**Plaintiff,**

V.

See attached

**Defendant.**

**Civil Action No.**   26cv1544-BJC-MSB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants  the petition for a writ of habeas corpus. Respondents shall immediately release Petitioner under the previously determined conditions. Respondents are enjoined from re-detaining Petitioner without complying with due process.

**Date:**        5/1/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  26cv1544-BJC-MSB

Jeremy Casey, Warden of the Imperial Regional Detention Center; Todd Lyons, Acting Director of Immigration and Customs Enforcement; Markwayne Mullin, Acting Secretary of the U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States

Respondents